# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                                                              PLAINTIFF

V.                          CASE NO. 5:15-CV-00058 JM/BD

WENDY KELLY, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Lewis's retaliation claim is DISMISSED, without prejudice.

IT IS SO ORDERED, this 6th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE