**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ARRON MICHAEL LEWIS
ADC #151373                                                                                              PLAINTIFF

V.                          CASE NO. 5:15-CV-00058 JM/BD

WENDY KELLY, et al.                                                                                DEFENDANTS

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Defendants' motion to dismiss (docket entry #14) is GRANTED, in part, and DENIED, in part. Mr. Lewis may proceed on his first amendment claim against Defendant Outlaw. All remaining claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 6th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE