IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                                                              PLAINTIFF

V.                             CASE NO. 5:15-CV-00058 JM/BD

WENDY KELLEY, et al.                                                                           DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Outlaw's motion for summary judgment (docket entry #26) is GRANTED. Mr. Lewis's first amendment claim against Defendant Outlaw is DISMISSED, with prejudice. Mr. Lewis's motion for preliminary injunctive relief (#37) is DENIED, as moot.

IT IS SO ORDERED this 23rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE